MOLLIE STAMILE D'ELIZA, Appellant, v. MARIA LOUISE RITONDO and Others, Respondents.— Judgment affirmed, with costs. No opinion. Jaycox, Manning, Kelby and Young, JJ., concur; Blackmar, P. J., dissents on the ground that the original order of reversal of this court [See 188 App. Div. 925] provided in effect that the judgment and sale already had should stand unless the defendants prevailed in their defense.

H. BATTERMAN COMPANY, Appellant, v. EDWIN D. DOW, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion to strike out amended complaint denied, with ten dollars costs, with leave to defendant to serve an answer within twenty days upon payment of costs. Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ., concur.

PETER LOGUE, Appellant, v. LINDLEY M. GARRISON, as Receiver of the NASSAU ELECTRIC RAILROAD COMPANY, and Also as Receiver of the BROOKLYN RAPID TRANSIT COMPANY, Respondent.— Judgment reversed and new trial granted, with costs to abide the event, on the ground that the questions of the negligence of the defendant and the contributory negligence of the plaintiff should have been submitted to the jury. Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ., concur.

CHARLES E. LORD and KENNETH LORD, Copartners, Conducting the Firm of GALEY & LORD, Appellants, v. HARRY BERNSTEIN and SAMUEL DU BOIS, Doing Business under the Firm Name of H. BERNSTEIN & Co., Respondents.— Order in so far as appealed from modified by requiring the plaintiffs to give particulars as to the second demand, namely, with which of the plaintiffs or with what representative of plaintiffs the arrangement was made, as claimed; and as so modified affirmed, with ten dollars costs and disbursements to the appellants. Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ., concur.

DOROTHY POWERS, an Infant, over the Age of Fourteen Years, by DANIEL POWERS, Her Guardian ad Litem, Respondent, v. NEW YORK AND QUEENS ELECTRIC LIGHT AND POWER COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARTIN SULVO and Others, Appellants.— Judgment of conviction by the Court of Special Sessions as to the defendants Sulvo and Jefferonski affirmed. There is no evidence connecting the defendant Krauss with the commission of the larceny, and as the information contains no count for receiving stolen property, the judgment of conviction as to him is reversed, and said defendant discharged. (*People* v. *Friedman*, 149 App. Div. 873.) Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of JENNIE SPAET, Appellant, v. LOUIS SPAET, Respondent.— The order of the County Court of Kings county is affirmed on the ground that it does not appear that the complainant is without reasonable means of support. We do not pass upon the validity of the Nevada divorce. Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ., concur.